UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 00087
    KEVIN D VINSON
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-9360

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 01/05/2006 and was confirmed 03/22/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was completed - no discharge 11/29/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITY OF CHICAGO WATER DE | SECURED | 581.36 | .00 | 581.36 |
| COOK COUNTY TREASURER | SECURED | 900.00 | .00 | 900.00 |
| HOMECOMINGS FINANCIAL | CURRENT MORTG | 13075.19 | .00 | 13075.19 |
| HOMECOMINGS FINANCIAL | MORTGAGE ARRE | 2660.00 | .00 | 2660.00 |
| INTERNAL REVENUE SERVICE | FILED LATE | 100.00 | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS CASINO BLVD | UNSECURED | NOT FILED | .00 | .00 |
| JEWEL | UNSECURED | NOT FILED | .00 | .00 |
| LYNN WAIBANS ATTY | UNSECURED | 4038.94 | .00 | 4038.94 |
| ECAST SETTLEMENT CORP | UNSECURED | 1185.70 | .00 | 1185.70 |
| PSL | UNSECURED | NOT FILED | .00 | .00 |
| PSL | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 899.25 | .00 | 899.25 |
| TALE GREEN | UNSECURED | NOT FILED | .00 | .00 |
| TRUMP CASINO | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF CHILD S | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 1636.92 | .00 | 1636.92 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | .00 | .00 | .00 |
| ILL DEPT HEALTH & FAM SE | DSO ARREARS | 8098.22 | .00 | 8098.22 |
| INTERNAL REVENUE SERVICE | FILED LATE | 1976.61 | .00 | .00 |
| CONNIE BURAGE | NOTICE ONLY | NOT FILED | .00 | .00 |
| MELVIN J KAPLAN | DEBTOR ATTY | 3,000.00 | | 3,000.00 |
| TOM VAUGHN | TRUSTEE | | | 2,244.99 |
| DEBTOR REFUND | REFUND | | | 4,082.66 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 42,403.23 | |
| PRIORITY | | 9,735.14 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 06 B 00087 KEVIN D VINSON

```
SECURED                                          17,216.55
UNSECURED                                         6,123.89
ADMINISTRATIVE                                    3,000.00
TRUSTEE COMPENSATION                              2,244.99
DEBTOR REFUND                                     4,082.66
                           ----------------    ----------------
TOTALS                        42,403.23            42,403.23
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 04/04/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE