```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 00087
   KEVIN D VINSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9360

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 01/05/2006 and was confirmed 03/22/2006.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

   The case was paid in full 11/29/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
CITY OF CHICAGO WATER DE  SECURED            581.36           .00         581.36
COOK COUNTY TREASURER     SECURED            900.00           .00         900.00
HOMECOMINGS FINANCIAL     CURRENT MORTG   13075.19            .00       13075.19
HOMECOMINGS FINANCIAL     MORTGAGE ARRE    2660.00            .00        2660.00
INTERNAL REVENUE SERVICE  FILED LATE        100.00            .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED           .00            .00
HARRIS CASINO BLVD        UNSECURED       NOT FILED           .00            .00
JEWEL                     UNSECURED       NOT FILED           .00            .00
LYNN WAIBANS ATTY         UNSECURED         4038.94           .00        4038.94
ECAST SETTLEMENT CORP     UNSECURED         1185.70           .00        1185.70
PSL                       UNSECURED       NOT FILED           .00            .00
PSL                       UNSECURED       NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED          899.25           .00         899.25
TALE GREEN                UNSECURED       NOT FILED           .00            .00
TRUMP CASINO              UNSECURED       NOT FILED           .00            .00
IL STATE DISBURSEMENT UN  NOTICE ONLY     NOT FILED           .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY          1636.92           .00        1636.92
ILLINOIS DEPT OF REVENUE  UNSECURED            .00            .00            .00
IL STATE DISBURSEMENT UN  DSO ARREARS       8098.22           .00        8098.22
INTERNAL REVENUE SERVICE  FILED LATE        1976.61           .00            .00
CONNIE BURAGE             NOTICE ONLY     NOT FILED           .00            .00
MELVIN J KAPLAN           DEBTOR ATTY       3,000.00                    3,000.00
TOM VAUGHN                TRUSTEE                                       2,244.99
DEBTOR REFUND             REFUND                                        4,082.66

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             42,403.23

PRIORITY                                     9,735.14

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 00087 KEVIN D VINSON
```

```
SECURED                                              17,216.55
UNSECURED                                             6,123.89
ADMINISTRATIVE                                        3,000.00
TRUSTEE COMPENSATION                                  2,244.99
DEBTOR REFUND                                         4,082.66
                              ---------------   ---------------
TOTALS                              42,403.23         42,403.23
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
Dated: 07/24/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```